# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MARK DEVRIES**<br><br>Defendant. | PO-17-5020-GF-JTJ<br><br>VIOLATION:<br>6026695<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay a fine amount of $40 and a $30 processing fee for VN 6026695 for a total amount of $70. The fine will be paid in full by April 10, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 11, 2017, is VACATED.

DATED this 13th day of March, 2017.

_____
John Johnston
United States Magistrate Judge